UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keon Blackshear,

    Plaintiff,                 Case No.: 1:11-cv-212

    v.                         Judge Michael R. Barrett

Cincinnati Adult Parole Authority, et al,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Karen L. Litkovitz on April 22, 2011 (Doc. 4). Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).[1] No objection to the Report has been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED**. As the Report recommends (Doc. 4, 6–7), the following is **ORDERED**:

- Plaintiff's complaint against Defendants parole officers David Matulavich, Kevin (NLN), and Amanda (NLN) are permitted to proceed on Plaintiff's Fourth Amendment claim.

---

[1] Notice was attached to the Report regarding objections. (Doc. 4, 8.)

1

- Plaintiff's complaint is **DISMISSED** in all other respects because it seeks relief against Defendants who are immune from such relief and because it fails to state a claim upon which relief may be granted.

- The Court certifies under 28 U.S.C. § 1915(a)(3) that for the reasons detailed in the Report, an appeal of this Order would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

    **IT IS SO ORDERED**.

*s/Michael R. Barrett*
United States District Judge
