UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keon Blackshear,

    Plaintiff,

        v.                            Case No. 1:11cv212

Cincinnati Adult Parole Authority, *et al.*,      Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 8, 2012 (Doc. 41).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 41) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 41) of the Magistrate Judge is hereby **ADOPTED.** Defendant Matulavich's Motion for Summary Judgment (Doc. 21) and Defendants' Motion to Dismiss (Doc. 34) with prejudice are **GRANTED** ; Plaintiff's Motion for Summary Judgment (Doc. 27) and Plaintiff's Motion to Amend (Doc. 37) are **DENIED.** This matter is closed.

        **IT IS SO ORDERED.**

                                      *S/Michael R. Barrett*
                                      Michael R. Barrett
                                      United States District Judge